**Order filed September 17, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00872-CR
_____

### COURTNEY LEE HICKS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 179th District Court
Harris County, Texas
Trial Court Cause No. 1520060**

## ORDER

The opinion in this case was issued on August 29, 2019. On September 10, 2019, the pro se appellant filed a motion to extend time to file his "brief information." We construe the motion as one to extend time to file a motion for rehearing, and we grant the motion to extend the deadline until **October 16, 2019**. Appellant is ordered to file any motion for rehearing on or before **October 16, 2019.**

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.